IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

****

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No. CR-20-36-GF-BMM |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| TERRY LEE WELLS, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

THIS MATTER, comes before the Court on the Defendant's Unopposed Motion for Leave for Witness to Appear by Telephone at Sentencing Hearing, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's witness, Amber Wells, is granted leave of Court to appear by telephone at Mr. Wells' Sentencing Hearing on the 16th day of December at 1:30 p.m.

DATED this 8th day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court