# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-20-36-GF-BMM |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| TERRY LEE WELLS, JR., | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on November 13, 2025. (Doc. 54.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 6, 2025 (Doc. 49.) The United States accused Thomas Lee Wells (Wells) of violating the conditions of his supervised release by: (1) testing positive for methamphetamine on July 25, 2025; (2) testing positive for methamphetamine on August 28, 2025; (3) failing to comply with substance abuse treatment on September 2, 10, 17, 18 and 24 of 2025; and (4) failing to report to the probation office as directed on October 3, 2025. (Doc. 46.)

At the revocation hearing, Wells admitted that he had violated the conditions of supervised release as set forth in allegations 1 and 4 of the Petition. Judge Johnston recommended a sentence of custody of 4 months with 56 months of supervised release to follow with the first sixty (60) days of supervised release, the Defendant shall be placed in a secure, in-patient substance abuse treatment facility such as Connections Corrections at the direction of his probation officer. (Doc. 54.) The Court advised Wells of his right to appeal and to allocute before the undersigned. (*Id.*)

The violations Wells admitted prove serious and warrant revocation of Azure's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 54) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Terry Lee Wells be sentenced for a term of custody of 4 months with 56 months of supervised release to follow.

DATED this 4th day of December 2025.

_____
Brian Morris, Chief District Judge
United States District Courts