**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TERRY LEE WELLS JR.,

Defendant.

CR-20-36-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 19, 2026. (Doc. 75.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on August 18, 2026. (Doc. 74.) The United States accused Terry Lee Wells (Wells) of violating the conditions of his supervised release by: (1) testing positive for marijuana on February 23, 2026; (2) signing out of treatment at Connections Corrections on April 11, 2026 without the permission of his probation officer; (3) consuming alcohol on April 12, 2026; by: (4) committing another federal, state or local crime by being charged on June 15, 2026 with two counts of the misdemeanor offense of Partner or Family Member Assault, in violation of Mont. Code Ann. § 45-5-206(1)(c) and eight counts of the misdemeanor offense of Endangering the Welfare of Children, in violation of Mont. Code Ann. § 45-5-622(4)(a); and (5) consuming alcohol on June 15, 2026. (Docs. 61 and 69.)

At the revocation hearings Wells admitted that he had violated the conditions of supervised release 1-3 and 5 as set forth in the Amended Petition. The Government moved to dismiss violation 4,which Judge Johnston granted. (Doc. 74.) Wells was advised of his right to appeal and allocute before the undersigned. (*Id*.)

Judge Johnston recommended that Wells be sentenced to custody until 12:00 p.m. (Noon) on December 23, 2026 followed by 51 months of supervised release to follow. (Doc. 75.)

The violations Wells admitted proves serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 75) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Terry Lee Wells be sentenced to custody until 12:00 p.m. (Noon) on December 23, 2026 followed by 51 months of supervised release.

DATED this 4th day of September 2026.

John Johnston
United States Magistrate Judge